**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

Conversation Law Foundation, Inc.

v.                                                    Civil No. 16-cv-505-LM

White Mountain Lumber Company, Inc.


**NOTICE OF RULING**

Re:  Document No. 6, Joint Motion to Approve Consent Decree

The parties' Proposed Consent Decree is approved with the clarification that the court will not retain jurisdiction over this matter and, thus, sentence 2 of paragraph 23 is the operative sentence in that paragraph. Accordingly, the court has amended the Proposed Consent Decree by striking through sentence one of paragraph 23, and a small portion of sentence two. Sentence two of paragraph 23 now reads: This Consent Decree will remain in full force and effect between the Parties, and any Party may institute a new action in the United States District Court for the District of New Hampshire concerning their respective rights and obligations under this Decree.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

March 6, 2017
cc: Zachary Knox Griefen, Esq.
    Laurie D. Dubriel, Esq.